UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICHARD SUSSMAN,

      Plaintiff,

  -against-

FEDERAL BUREAU OF PRISONS et al.,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEMORANDUM DECISION AND ORDER

13 Civ. 7014 (GBD)(MHD)

GEORGE B. DANIELS, United States District Judge:

On November 8, 2014, Magistrate Judge Michael H. Dolinger issued a Report and Recommendation in which he advises the Court that pro se plaintiff Richard Sussman wishes to dismiss this case without prejudice. He recommends dismissing this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Magistrate Judge Dolinger's Report and Recommendation is adopted in its entirety. This case is dismissed without prejudice.

Dated: New York, New York
   December 23, 2014

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge